Mollfulleda et al., Demandantes y Apelantes, *v.* Rossy, Demandado y Apelado.

Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre nulidad de sentencia.

No. 1061.—Resuelto primeramente en enero 22, 1914.

Resuelto en reconsideración en febrero 3, 1914.

Exposición del Caso—Apelación Contra Orden Denegando la Aprobación.— Cuando una parte apela de una resolución denegando la aprobación de una

exposición del caso, sin que presente al Tribunal Supremo los elementos nece-
sarios para poder decidir si la orden apelada es. o no justa, debe. desesti-
marse dicha apelación.

APELACIÓN—TRANSCRIPCIÓN DE AUTOS—PREPARACIÓN ILEGAL DE LA MISMA.—Una
parte no puede escoger a su arbitrio, sin el consentimiento de la otra parte
y sin la aprobación de la corte sentenciadora, los documentos que deban
formar la transcripción del récord de una apelación. Una transcripción
preparada de tal modo, contrario al procedimiento fijado por la ley, no puede
servir de base a la Corte Suprema para decidir el recurso en su fondo.

#### MOCIÓN SOBRE RECONSIDERACIÓN.

EXPOSICIÓN DEL CASO—CUÁNDO ES NECESARIO PREPARARLO.—En casos como éste
en que se ha practicado prueba y la apelación interpuesta por la parte
demandada contra la sentencia se funda en que la corte sentenciadora no
apreció bien la prueba, es necesario para que esta corte pueda considerar y
resolver tal cuestión, que la parte apelante radique una exposición del caso
conteniendo la prueba que sirvió de base al juez inferior para dictar la
sentencia apelada.

Los hechos están expresados en la opinión.

El apelante, Juan Mollfulleda, compareció por escrito en
nombre propio.

El apelado no compareció.

El Juez Asociado Sr. del Toro, emitió la opinión del tri-
bunal.

En el presente caso Juan Mollfulleda, alegando que com-
parecía por su propio derecho y en representación de su es-
posa Damiana Huertas, entabló demanda en la Corte de Dis-
trito de San Juan, Sección 1ª., contra Manuel F. Rossy, sobre
nulidad de sentencia y otros extremos.

La demanda fué contestada por el demandado negando
todos y cada uno de los veinte hechos de que consta, y el 26
de agosto de 1913 ambas partes comparecieron ante la corte
de distrito, se presentaron y practicaron las pruebas y la
corte dictó sentencia declarando sin lugar la demanda e impo
niendo a la parte demandante las costas, gastos y honorarios
de abogado.

La parte demandante apeló de la sentencia dictada y pre-
sentó a la corte sentenciadora un proyecto de exposición del
caso. La transcripción del récord elevada a esta Corte Su-
prema está certificada por el secretario de la corte inferior

y de ella aparece lo que sigue en relación con dicho proyecto de exposición del caso:

"Comparecieron las partes a discutir la 'Exposición del caso,' y oídas sus respectivas alegaciones e impugnaciones, y resultando que dicho documento no es una exposición exacta y completa de las resultancias del pleito, puesto que se omite mencionar o hacer referencia a varios documentos así como toda la prueba testifical, la corte concede al demandante cinco días para enmendar dicha exposición. Habiendo éste manifestado no estar obligado a hacer dichas enmiendas y renunciando al plazo concedídole, la corte niega su aprobación al referido documento en la forma en que está redactado."

También aparece de la transcripción que la parte demandante apeló de la anterior resolución de la corte de distrito negándose a aprobar la exposición del caso.

El día 15 de enero de 1914 se celebró la vista del recurso ante este Tribunal Supremo con la sola comparecencia, en persona, del demandante Mollfulleda y el asunto quedó sometido definitivamente a nuestra consideración y resolución.

Examinemos, en primer término, la apelación de la orden relativa a la no aprobación de la exposición del caso. La parte apelante se limita a establecer el recurso. No aporta elemento alguno que pueda servirnos de base para entrar siquiera en el estudio de la cuestión suscitada. En tal virtud debemos aceptar como enteramente cierto lo que consigna el juez de distrito en la resolución apelada; esto es, que el documento presentado por la parte apelante no solamente no contiene una exposición exacta y completa de las resultancias del pleito, sino que tampoco se incluye en él ninguna parte de la prueba testifical practicada, y, en su consecuencia, debemos resolver que el juez sentenciador procedió correctamente al negarse a aprobar la exposición del caso. La que se presentó al juez sentenciador no era en verdad una exposición del caso.

Veamos la apelación de la sentencia. No sólo no existe exposición del caso debidamente aprobada que pueda servirnos de base para entrar en la consideración del asunto, sino

que la misma transcripción elevada fué preparada de modo ilegal por la parte apelante. La certificación de dicha transcripción autorizada por el Secretario de la Corte de Distrito de San Juan, dice así:

"Certifico: que la anterior es una copia fiel y exacta de los originales que obran en el caso No. 4497, seguido por Juan Mollfulleda contra Manuel F. Rossy, sobre nulidad de sentencia, siendo lo transcrito copia únicamente de las alegaciones, documentos, etc., que, de los que existen en el récord, ha solicitado el demandante."

Una parte no puede escoger a su arbitrio sin el consentimiento de la otra parte y sin la aprobación de la corte sentenciadora los documentos que deban formar el récord de una apelación. La ley regula de modo claro el procedimiento que debe seguirse para preparar las exposiciones del caso en el tribunal *a quo* y para elevar a esta Corte Suprema la transcripción de los autos en casos de apelación, y tal procedimiento que reconoce iguales derechos a todas las partes es obligatorio para todos los litigantes.

Expuesto lo que antecede, es necesario concluir que no tenemos base para considerar y resolver el recurso establecido. Los autos completos no han sido elevados a esta Corte Suprema y los recursos de apelación interpuestos deben, en tal virtud, desestimarse.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado Wolf.

El Juez Asociado Sr. Aldrey no formó parte del tribunal en la vista de este resurso.

Presentada moción de reconsideración por la parte apelante fué denegada en febrero 3, 1914, por medio de la siguiente opinión emitida por el Juez Asociado Sr. del Toro.

Este caso fué resuelto por esta Corte Suprema por sentencia de enero 22, 1914. El apelante Sr. Mollfulleda alegando que comparece "por sí propio y en representación de su

esposa Damiana Huertas," ha presentado dos escritos fechados el 29 de enero de 1914, tendentes a solicitar la reconsideración de nuestra sentencia y la revocación de la orden y sentencia apeladas.

Los escritos son confusos pero de ellos puede deducirse que la parte apelante sostiene que teníamos base para entrar en la consideración y decisión del recurso porque la exposición del caso no es absolutamente necesaria en todas ocasiones. Es bien cierto que en muchos casos con la sola copia del legajo de la sentencia, sin necesidad de relación de pruebas, podemos considerar y resolver recursos, por ejemplo: cuando se trata de sentencias dictadas sobre las alegaciones. Pero en este caso concreto, como dijimos en nuestra opinión de enero 22, 1914, se presentó la demanda, el demandado la contestó negando todos y cada uno de sus 20 hechos, se practicó la prueba y se dictó sentencia en favor del demandado. La apelación interpuesta se basó en que la corte sentenciadora no apreció bien la prueba y ¿cómo íbamos nosotros a considerar y a resolver tal extremo, si el apelante, que era el que tenía el deber de hacerlo, no archivó en la Secretaría de esta Corte Suprema una exposición del caso o relación de hechos conteniendo la verdadera prueba que sirvió de base al juez inferior para dictar la sentencia apelada?

Examinados los méritos de la única cuestión suscitada en los escritos de 29 de enero que pudiera estimarse pertinente a la solicitud de reconsideración y careciendo dicha cuestión de fundamento, debe la solicitud declararse sin lugar.

*Denegada la moción de reconsideración.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado Wolf.

El Juez Asociado Sr. Aldrey no tomó parte en la resolución de esta moción.

Presentada otra moción de reconsideración por Damiana Huerta, fué ésta denegada sin opinión en febrero 25, 1914.